Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT** 
**WESTERN DISTRICT OF NEW YORK**

**FORM TO BE USED IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983,** *1985 + 1986 (*
(Prisoner Complaint Form)
*RICO-ACT, LAW-SUIT AND    CHARGE'S*

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.    Full Name And Prisoner Number of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1.  *MR. DERRICK FONTAINE*

2.  _____

### -VS-

**B.    Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. *W.D.N.Y. Judge RICHARD J. ARCARA*     4. *W.D.N.Y. PRO-SE ATTY, CHARLES S. CARA*

2. *W.D.N.Y. Judge MICHEAL A. TELESKA*     5. _____

3. *W.D.N.Y. COURT-CLERK RODNEY C. EARLEY*   6. _____

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION  NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: *MR. DERRICK FONTAINE, 99A1770*

Present Place of Confinement & Address: *SOUTHPORT C. F*
*236 INSTITUTION ROAD, PINE CITY, N.Y., 14871*

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

(1)

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

W.D. N.Y.                                    W.D. N.Y.

Name of Defendant: (1) JUDGE RICHARD J. ARCARA (3) COURT CLERK RODNEY C. EARLEY

(If applicable) Official Position of Defendant: DEF. 1: FEDERAL JUDGE (DEF. 3: FEDERAL COURT CLERK

(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity

Address of Defendant: 68 COURT STREET (BUSINESS ADDRESS)

BUFFALO, N.Y. 14202

Name of Defendant: DEF. (4) W.D.N.Y. PRO-SE, ATTY. CHARLES S. CARA

(If applicable) Official Position of Defendant: ATTORNEY FOR FEDERAL COURT, PRO-SE STAFF

(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity

Address of Defendant: 68 COURT STREET (BUSINESS ADDRESS )

BUFFALO, N.Y, 14202

Name of Defendant: (2) W.D.N.Y, JUDGE MICHAEL A. TELESCA

(If applicable) Official Position of Defendant: DEF. 2 FEDERAL-JUDGE, CORRUPT- RACIST

(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity

Address of Defendant: 100 STATE STREET

ROCHESTER, N.Y, 14614

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.    Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
Yes____  No ✓

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

Plaintiff(s): _____

Defendant(s): _____

2.    Court (if federal court, name the district; if state court, name the county): _____

3.    Docket or Index Number: _____

4.    Name of Judge to whom case was assigned: _____

(2)

5.    The approximate date the action was filed: _____

6.    What was the disposition of the case?

        Is it still pending? Yes_____ No_____

            If not, give the approximate date it was resolved._____

        Disposition (check the statements which apply):

      _____ Dismissed (check the box which indicates why it was dismissed):

            _____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

            _____ By court for failure to exhaust administrative remedies;

            _____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

            _____ By court due to your voluntary withdrawal of claim;

      _____ Judgment upon motion or after trial entered for

          _____ plaintiff

          _____ defendant.

**B.**    Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

      Yes ✓  No_____

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

      Plaintiff(s): _MR. BERRICK FONTAINE_____

      Defendant(s): _N.Y.S. D.O.C.S, COMMISH. GLENN S. GOORD, ET, AL._

2.    District Court: _(A) N.D.N.Y, U.S. DIST. CT, (B) E.D.N.Y, U.S. CT. (C) W.D. N.Y U.S. CT._

3.    Docket Number: _(A-N/A) (B-N/A) (C (1) 2007-CIV. 0767-A (3) 2007-CIV. 0667-A_
                                      _(2) 2007-CIV. 0634-A (4) 2007-CIV. 0710-A_

4.    Name of District or Magistrate Judge to whom case was assigned: _(A-N/A) (B-N/A) C-N/A_

5.    The approximate date the action was filed: _W.D.N.Y, CASES ALL 2007-FILING_

6.    What was the disposition of the case?

        Is it still pending? Yes ✓ No_____

            If not, give the approximate date it was resolved._____

Disposition (check the statements which apply):

_____ Dismissed (check the box which indicates why it was dismissed):

    _____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    _____ By court for failure to exhaust administrative remedies;

    _____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    _____ By court due to your voluntary withdrawal of claim;

_____ Judgment upon motion or after trial entered for

    _____ plaintiff

    ✓ defendant. *NOTE: ALL PRIOR CASES PURSUED PURSUANT TO; F.R.C.P. 60 (b)(1)(3)(6); FOR CASE FIXING AND FRAUD, SAME AS THIS COURT; U.S. VS. BRENNAN, 629 F.SUPP.283 (E.DN.Y.1986)*

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)



- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

(4)

**A. FIRST CLAIM:** On (date of the incident) FROM; SEPT. 2007, TILL PRESENT, STILL ON- GOING

defendant (give the **name and position held** of **each defendant** involved in this incident) DEF. 1; RICHARD J. ARCARA) DEF. 3 + DEF. 4 CT. CLK. RODNEY EARLEY AND ATTY. CHARLES CARA; ACTING IN CONCERT WITH EACH OTHER, ENGAGED AND CONTINUE TO ENGAGE IN; RICO-ACT-

did the following to me (briefly state what each defendant named above did): CRIMES AND IMMENSE, U.S. CONST.- VIOLATIONS, WITH EXTREME MALICIOUS-INTENT AGAINST PLAINTIFF! (A) CASE-FIX- ING (B) DENIAL OF NON-BIAS, PREJUDICE AND MEANING ACCESS TO THE COURTS (C) DENIAL OF ATTY. ILLEGALLY (D) MAIL-FRAUD, FRAUD, ACTION-FRAUD, WIRE-FRAUD (E) AIDING AND ABETTING MURDER-PLOT BY "N.Y.S. DIV. OF PAROLE PERSONNEL" AND "N.Y.S. D.O.C.S. STAFF" AGAINST PLAINTIFF "(F) ACCEPTING BRIBES FROM; N.Y.S. DIV. OF PAROLE + N.Y.S. D.O.C.S. TO SABOTAGE ALL CASE'S FILED IN; W.D, N.Y. DIST.- CT," BY "PLAINTIFF"! ALL CRIMES AND U.S. CONST. VIOLATIONS DONE BY DEFT.'S ACTING UNDER THE COLOR OF LAW AND OFFICE, [illegible strikethrough]

The constitutional basis for this claim under 42 U.S.C. § 1983 is; 1985; 1986; TITLE 18, U.S. C.A, SEC. 241, 242- 371, 1001, 1111, 1341, 1342, 1343, 1505; 1961-64; U.S. CONST. 1ST 5TH 6TH 8TH 9TH + 14TH AMENDS; ATKINS- LANSING D.C. OKL; 413 F SUPP. 186, 188!

The relief I am seeking for this claim is (briefly state the relief sought): (A) "COURT ORDER" FORTH WITH PLAINTIFF RECEIVE ($ 9,950.00/EA) FROM U.S. GOV'T. COURT-FUNDS AS "CRIME-VICTIM" (B) ALL DEFT.'S ARE ARRESTED BY; F.B.I. (C) JUDGE ARCARA FINED 25-MILLION-DOLLARS (D) DEF. 3 + 4 PAY PLAINTIFF EACH 25-MILLION DOLLARS

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? ✓ Yes _____ No   If yes, what was the result? NO POSITIVE RESULTS, FILE- GRIEVANCE AND COMPLAINT WITH (A) U.S. COURT ADMIN. OFF, WASH, D.C (B) "CHIEF JUDGE" HON. DENNIS JACOBS

Did you appeal that decision? ✓ Yes _____ No   If yes, what was the result? NO RESULTS AT ALL! PLAINTIFF APPEAL TO; U.S. PRES. GEORGE W. BUSH (B) F.B.I. REG. DIR. MARK MERSHON

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: PLAINTIFF FULLY EXHAUSTED REMEDIES SEE) WOODFORD VS NGO, 126 S. CT. 2378 (2006) AT PG. 2378, PARA. 3; BENNETT VS. KROM 446,- F.3d 305 (C.A. 8 (N.Y.) 2006); LARKIN VS. SAVAGE, 318 F.3d 138, 139 (2nd CIR, 2003)!

**A. SECOND CLAIM:** On (date of the incident) ON; OCT. 15, 2007 (DEF. 4-CHARLES S. CARA)

defendant (give the **name and position held** of **each defendant** involved in this incident) ENGAGED IN; FRAUD, MAIL- FRAUD, ACTIONABLE-FRAUD, AIDING (DEF. 1 + 3) WITH (A) CASE-FIXING (B) ILLEGALLY VIOLATING CODE ETHICS AND PROFESSIONAL RESPONSIBILITY TO AID "MURDER-PLOT" AND "SABOTAGE "PLAINTIFF" PRIOR-CASES FILINGS (; BASED UPON RELIABLE INFORMATION AND BELIEF THIS DEF.) ACCEPTS BRIBES BY; N.Y.S. D.V.- OF PAROLE AND "N.Y.S. D.O.C.S-STAFF" TO DO SO! SEE) TITLE 18, U.S.C.A. 371, 1341, 1342- 1343, 1001, 1111, 1505; 1961-1964; U.S. CONST. 1ST 5TH 6TH 8TH 9TH 13TH + 14TH AMENDS, ALL VIOLATED WITH EXTREME MALICE AND CORRUPTION! MISHANDLING EXHIBITS ILLEGALLY)

(5)

did the following to me (briefly state what each defendant named above did): (DEF-2) Judge MICHEAL A. TELSHA ACTING ALONE AND IN-CONCERT, WITH OTHER DEFENDANTS! ON, NOV, 19, 2007 (DEF-2) ARBITRARY, CAPRICIOUSLY, WITH EXTREME, TYRANNICAL-MALICE! DID WITH BIAS AND PRE-JUDICE FRAUDULENTLY BACK-DATED ILLEGAL RULING UPON A CASE, HE IS NOT THE ASSIGNED "JUDGE" AT ALL, SOLELY TO CAUSE ILLEGAL-CHAOS, FIX-CASE AND SABOTAGE ALL "PLAINTIFF" CASE(S) RE) "2007-CIV-0634-A" FOR WHICH HE ACCEPTED BRIBES, TO DO SO! HIS CRIMES AGAINST PLAINTIFF! (DEF-2) IS A PAID RACIST-HIT-MAN! ALSO A IN-SANE-LIER!

The constitutional basis for this claim under 42 U.S.C. § 1983 是) 1985, 1986; U.S. TITLE 18, U.S.C. A 371, 1001, 1111, 1341, 1342, 1343, 1505, 1961-64; U.S. CONST, 1ST, 5TH, 6TH, 8TH, 9TH, 13TH, 14TH, L AMEND'S! ALL VIOLATED! THIS ORGANIZE-CRIME! MAIL AND WIRE FRAUD!

The relief I am seeking for this claim is (briefly state the relief sought): (A) DEF-2, ARRESTED BY F.B.I." FORTHWITH! (B) FINED (25) MILLION-DOLLAR'S (C) ORDER TO UNDER GO: (1) MENTAL-HEALTH TESTING (2) DRUG-ALCOHOL TESTING (D) ALL PROPERTY AND ASSETS DISCLOSED AND FROZEN, (E) ALL "COURT-ORDERS" BY THIS RACIST OR GENERATE CRIMINAL, REVERSED!

## Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? ✓ Yes ____ No  If yes, what was the result? RESULTS NEGATIVE! APPEAL-ED TO; (A) U.S. COURT ADMIN. OFFICE, WASH, D.C. (B) CHIEF JUDGE HON, DENNIS JACOBS

Did you appeal that decision? ✓ Yes ____ No  If yes, what was the result? NO POSITIVE RESULTS! APPEAL TO; PRES, GEORGE W. BUSH!

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: ALL DOCUMENTS WILL BE PRESENTED AT PROPER TIME! SEE, F.R.C.P. 8(a); MARVIN VS. GOORD, 255 F.3d 40, 42 - (2ND CIR. 2001); LARKIN VS. SAVAGE, 318 F.3d 138, 139 (2ND CIR. 2003)

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

## 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

(A) ALL FUNDS BEING SUED FOR BE PLACED IN A ESCROW BANK ACCT.!

(B) "PLAINTIFF" AND ALL HIS PROPERTY BE TRANSFERED TO "LINCLON, C.F." FORTHWITH!

(C) ALL DEFENDANTS BE "ARRESTED" AND "PROSECUTED "BY F.B.I."! FORTHWITH!

(D) COURT-ASSIGN COUNSEL TO REPRESENT PLAINTIFF FORTHWITH!

(E) Do you want a jury trial? Yes ✓ No ____ PURSUANT TO, F.R.C.P. 38(a) +(b), F.R.C.P. 39(A)!

(F) BEING "SOUTH PORT, C.F." STAFF (STOLEN OVER $6,000.00 ) DOLLARS FROM "PLAINTIFF" "COURT-ORDER", "COURT-ORDER" COURT-CLERK OFFICE TO; (A) PROVIDE ALL NEEDED COPIES (B) SERVE ALL NEEDED PARTIES ON BEHALF OF PLAINTIFF (C) PROVIDE ALL SUPPLIES, FORM'S DOCUMENT, ETC, ETC. NEEDED BY "PLAINTIFF"!

(6)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Dec. 1, 2007_
_____
(date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_Derrick Fontaine, Pro Se_

_Private Atty. Gen._

_Pursuant to; Title 28, U.S.C.A. Sec, 1746;_
_____
Signature(s) of Plaintiff(s)

_cc; File; New York Law Journal;_
_U.S. Courts Admin. Office, Wash. D.C.;_
_National Law Journal; F.B.I, Wash. D.C.!_

(7)

Revised 05/01 WDNY

# AUTHORIZATION

## PRISONER'S CIVIL ACTION FILING FEE
## WESTERN DISTRICT OF NEW YORK

I, (print name) _MR. DERRICK FONTAINE_, request and
authorize the agency holding me in custody, to send to the Clerk of the United States District
Court, Western District of New York, a certified copy of the statement for the past six months
of my trust fund account (or institutional equivalent) at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse
funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C.
§ 1915 (b), to deduct those amounts from my prison trust account (or institutional equivalent),
and to disburse those amounts from my account to the United States District Court for the
Western District of New York.

> *This Authorization shall apply to any other agency into whose custody I may be
> transferred, and to any other district court to which my case may be transferred
> and by which my poor person application may be decided.*

This Authorization is furnished in connection with the commencement of a federal court civil
action, and I understand that I must pay the total amount of the filing fee, which is $350.00.

**I understand that by signing this authorization, the entire filing fee of
$350.00 will be paid to the court in installments by automatic deductions
from my prison trust fund account <u>even if my case is dismissed  before the
entire amount of the fee has been deducted from my account.</u>**

Dated: _Dec. 1,_ , 20_07_

_Derrick Fontaine_
Signature of prisoner

_MR. DERRICK FONTAINE_
Printed name of prisoner

_99A1770_
Inmate number of prisoner

(8)